NEW JERSEY PROPERTY-LIABILITY INSURANCE GUAR-
ANTY ASSOCIATION v. JAMES J. SHEERAN, COMMIS-
SIONER OF INSURANCE.

March 2, 1976. Petition for certification denied. (See
137 *N. J. Super.* 345)

THE TRUSTEES OF STRUCTURAL STEEL & ORNAMENTAL
IRON WORKERS FUND v. PETER HUBER.

March 2, 1976. Petition for certification denied. (See
136 *N. J. Super.* 501)

BOYS' CLUB OF CLIFTON, INC. v.
TOWNSHIP OF JEFFERSON.

March 2, 1976. Petition for certification granted. (See
137 *N. J. Super.* 136)

RICHARD J. ALBIGESE v. CITY OF JERSEY CITY.

March 2, 1976. Petition for certification denied. (See
138 *N. J. Super.* 260)

STATE OF NEW JERSEY v. WALTER LONG, JR.

March 11, 1976. Petition for certification denied. (See
137 *N. J. Super.* 124)